**COURT PROCEEDING MEMO**
**MISCELLANEOUS MATTER**

DATE:      AUGUST 26, 2009                         CONTINUED HEARING _____
TIME:      10:30 A.M.
DOCKET #:  #193
CASE #:    09-60452
IN RE:     PEANUT CORPORATION OF AMERICA          PRESENT: X
COUNSEL FOR DEBTOR(S):  GOLDSTEIN/A    PRESENT: ✓    By: _____
TRUSTEE:   CREASY/R                    PRESENT: X

TYPE OF HEARING:  TRUSTEE'S MOTION FOR ENTRY OF ORDER REGARDING PRODUCT RECALL INSURANCE POLICY

| PARTIES: | COUNSEL | | PRESENT: |
|---|---|---|---|
| ROY V. CREASY, TRUSTEE | KING/B | Maxwell | ✓ |
| | | | |
| | | | |

| HEARING CONTINUED: | DATE/TIME: |
|---|---|

RULING: Granted

ORDER DUE:                    TO BE TENDERED BY:  Maxwell
ORDER LODGED IN CM ORDERS:

UNDER ADVISEMENT:
BRIEFING SCHEDULE:

FOR THE COURT:
WILLIAM E. ANDERSON, U. S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & CO., COURT REPORTERS (804) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

*NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.